Joseph AFSHARI, Appellant,

v.

ST. LOUIS COUNTY, Missouri, et al., Respondents.

No. ED 101779

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: April 14, 2015

Charles F. Dufour, 8011 Clayton Road, St. Louis, MO 63117, for Appellant.

Linda S. Wasserman, 41 South Central, 9th Floor, Clayton, MO 63105, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

Joseph Afshari ("Landowner") appeals from the trial court's order and judgment affirming an administrative decision by the St. Louis County Department of Public Works ("St. Louis County") ordering demolition of seven buildings on Landowner's property. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).